**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

LANDON TERRELL HARBERT,

      Plaintiff,

           v.                              CASE NO. 1:26-CV-30-HAB-ALT

DEL GARCIA, et al.,

      Defendants.

## OPINION AND ORDER

Pro se Plaintiff Landon Terrel Harbert ("Harbert") seeks leave to proceed in forma pauperis. (ECF 6). Harbert originally filed separate motions to proceed in forma pauperis and to have the Marshals serve process in January. (ECF 2, 3). Magistrate Judge Andrew Teel ordered that they be refiled by March 4 because Harbert did not sign the filings. (ECF 4). Harbert did not refile a compliant motion until March 10. (ECF 6). But he has included information in a separate filing that convinces the Court that this delay was through no fault of his own. (ECF 5). And on March 12, Magistrate Judge Teel mooted Harbert's original filings. (ECF 7).

Harbert filed an affidavit with his new motion that states he is unemployed, has no consistent income or savings, and owns no real property or other significant assets. (ECF 6-1). Thus, it appears that Harbert cannot afford to pre-pay the filing fee. For these reasons, the Court:

(1) GRANTS Harbert leave to proceed in forma pauperis (ECF 6);

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) the defendant(s) at 214 E. 4th St, Marion, Indiana 46952, and 12900 N. Meridian St, Suite 140, Carmel, Indiana 46032, with a copy of this order and the complaint.

**SO ORDERED** on March 17, 2026.

s/ *Holly A. Brady*

CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT